# 734

AO-10
Rev. 1/97

## FINANCIAL DISCLOSURE REPORT
### FOR CALENDAR YEAR 1996

Report Required by the Ethics
Reform Act of 1989. Pub. L. No.
101-194, November 30, 1989
(S U.S.C. App. 4, 101-112)

| 1 Person Reporting (Last name, first; middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARCUS, STANLEY | U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT | 9 /23 /97 |

| 4 Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT COURT NOMINEE | _X_ Nomination. Date 9 /25 97  ___ Initial ___ Annual ___ Final | 1 /1 /97- 9/ 23 97 |

| 7 Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 North Miami Avenue 5th Floor Miami, Florida 33128 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions)

## I. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

DATE | PARTIES AND TERMS

[X] NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | [ ] NONE (No reportable non-investment income) | |
| 1997 | Professor-Trial Advocacy Course-Brooklyn Law School (May-July 1997) | $ 7,000 |
| 1997 | Williams-Sonoma, Inc. (S) | $ |
| 1997 | Temple Beth Am (S) | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MARCUS, STANLEY | 9 /23 /97 |

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable
reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements or gifts) | |
| 1 | Brooklyn Law School | May-July 1997, Coach air fare and lodging |
| 2 | | at Brooklyn Law School Dormitory (May 28, June 2, 9, 16, 23, June 30-July 9). |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to
indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [X] **NONE** (No such reportable gifts) | | |
| 1 | | | $_____ |
| 2 | | | $_____ |
| 3 | | | $_____ |
| 4 | | | $_____ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible
for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of
reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [X] **NONE** (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes  J=$15,000 or less          K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
              O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000               P2=$5,000,001-$25,000,000
              P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting STANLEY MARCUS | Date of Report 9/23/97 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse. "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 First Union Miami, FL Checking | A | Int | J | T | | | | | |
| 2 T. Rowe Price Small-Cap Value Mutual Fund - IRA, Baltimore, MD | A | Div | J | T | | | | | |
| 3 Vanguard Index 500, Mutual Fund - IRA, Valley Forge, PA | A | Div | J | T | | | | | |
| 4 Fidelity Bl. Chp. Growth Mutual Fund-IRA, Cin., OH | A | Div | J | T | | | | | |
| 5 Fidelity SoftWCom Mutual Fund-IRA, Cin., OH | A | Div | J | T | | | | | |
| 6 U.S. Treasury Note 99 NV 30 | B | Int | K | T | | | | | |
| 7 Coca Cola Common Stock Stanley Marcus, Cust. for Jonathan Marcus (son) | A | Div | J | T | | | | | |
| 8 Young Stovall & Co. (Alliance Money Mkt Fund) | A | Div | J | T | | | | | |
| 9 Dell Computer Common Stk Jonathan (son) & Judith Marcus (spouse) | A | Div | J | T | Buy | 8/1 | J | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000 G=$100,001-$1,000,000 | D=$5,001-$15,000 H1=$1,000,001-$5,000,000 | E=$15,001-$50,000 H2=$5,000,001 or more |
|---|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less O=$500,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=$50,000,000 or more | M=$100,001-$250,000 N=$250,001-$500,000 P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | STANLEY MARCUS | 9/23/97 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

My son, Jonathan Marcus' bank account (NationsBank-Savings) listed in Part VII, line 7, on my 1996 Annual Report dated 5/12/97, is now below the value that requires reporting.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Stanley Marcus_    Date _Sept. 23, 1997_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google

Report Required by the Ethics
Reform Act of 1985. Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4. 101-112)

| F.D-10<br>Rev 1/97 | **FINANCIAL DISCLOSURE REPORT**<br>FOR CALENDAR YEAR 1996 | |

| 1. Person Reporting (Last name, first, middle initial)<br><br>MARCUS, STANLEY | 2. Court or Organization<br>**U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** | 3. Date of Report<br>5/12/97 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>U.S. District Judge - Active Status | 5. Report Type (check appropriate type)<br>___ Nomination, Date __/__<br>___ Initial **X** Annual ___ Final | 6. Reporting Period<br>1/1/96 12/31/96 |
| 7. Chambers or Office Address<br>301 North Miami Avenue<br>5th Floor<br>Miami, Florida 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

**.. POSITIONS.** (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION             NAME OF ORGANIZATION/ENTITY

[X] **NONE** (No reportable positions)

_____ _____
_____ _____
_____ _____

**II. AGREEMENTS.** (Reporting individual only; see pp. 14-17 of Instructions.)

DATE             PARTIES AND TERMS

[X] **NONE** (No reportable agreements)

_____ _____
_____ _____
_____ _____

**III. NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|------|-----------------|--------------|
| | **NONE** (No reportable non-investment income) | |
| 1  1996 | Williams-Sonoma, Inc. (S) | $_____ |
| 2  1996 | Temple Beth Am (S) | $_____ |
| 3 | | $_____ |
| 4 | | $_____ |
| 5 | | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>**MARCUS, STANLEY** | Date of Report<br>5/12/97 |
|---|---|---|

**V. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

SOURCE         DESCRIPTION

**X**   **NONE**    (No such reportable reimbursements or gifts)

1

2

3

4

5

6

7

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

SOURCE         DESCRIPTION         VALUE

**X**   **NONE**    (No such reportable gifts)

1       $_____

2       $_____

3       $_____

4       $_____

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

CREDITOR         DESCRIPTION         VALUE CODE*

**X**   **NONE**    (No reportable liabilities)

1

2

3

4

5

6

*Value Codes: J=$15,000 or less    K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>**MARCUS, STANLEY** | Date of Report<br>5 12 97 |
|---|---|---|

## II. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date-<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 First Union<br>Miami, Fl Checking | A | Int | J | T | | | | | |
| 2 Nations Bank, Miami, FL | A | Int | J | T | Close | | | | |
| 3 T. Rowe Price Small-Cap Value Mutual Fund IRA, Baltimore, MD | A | Div | J | T | | | | | |
| 4 Vanguard Indx 500, Mutual Fund IRA, Valley Forge, PA | A | Div | J | T | | | | | |
| 5 Fidelity Bl. Chp Growth Mutual Fund IRA, Cin., OH | A | Div | J | T | | | | | |
| 6 Fidelity SoftWCom Mutual Fund, IRA, Cin., OH | A | Div | J | T | | | | | |
| 7 Nations Bank (Savings) Miami, FL (son) | A | Int | J | T | | | | | |
| 8 U.S. Treasury Note 99 NV 30 | B | Int | K | T | | | | | |
| 9 Intel Common Stock | A | Div | J | T | Sold | 9/24 | J | C | |
| 10 Alliance Tech Mutual Fund CL.A | A | Div | J | T | Sold | 9/24 | J | A | |
| 11 Coca Cola Common Stock Stanley Marcus, Cust. | A | Div | J | T | | | | | |
| 12 for Jonathan Marcus (son) | | | | | | | | | |
| 13 Young Stovall & Co. (Alliance Money Mkt Fund) | A | Div | J | T | Buy | 9/24 | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Inc/Gain Cds:<br>(Col. B1,D4) | A=$1,000 or less<br>F=$50,301-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000<br>H1=$1,000,001-$5,000,000 | E=$15,001-$50,000<br>H2=$5,000,001 or more |
|---|---|---|---|---|---|
| 2 Val Cds:<br>(Col. C1,D3) | J=$15,000 or less<br>O=$500,001-$1,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000<br>P4=$50,000,001 or more | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| 3 Val Mth Cds:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

**741**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MARCUS, STANLEY | Date of Report<br>5/12/97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1) Chase Federal, Miami, FL    Bank was acquired by Nations Bank, Miami, FL,
   Savings (son)               Savings Account transferred to Nations Bank;
   ~~See Sec. VII (#7).~~

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Stanly Marcus_                    Date _May 12, 1997_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 22 | 870 | 40 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | 27 | 000 | 00 | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 28 | 748 | 40 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 148 | 291 | 44 |
| Real estate owned—add schedule | 250 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 20 | 175 | 00 | Perkins (Student loan) | | 750 | 00 |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| Florida Pre Paid College Program | 7 | 097 | 41 | | | • | |
| | | | | | | | |
| | | • | | Total Liabilities | 149 | 041 | 44 |
| | | | | Net Worth | 206 | 549 | 77 |
| Total Assets | 355 | 591 | 21 | Total liabilities and net worth | 355 | 591 | 21 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor NA | | | | Are any assets pledged? (Add schedule.) Yes | | | |
| On leases or contracts NA | | | | Are you defendant in any suits or legal actions? NO | | | |
| Legal Claims NA | | | | Have you ever taken bankruptcy? NO | | | |
| Provision for Federal Income Tax Current | | | | | | | |
| Other special debt NA | | | | | | | |

Digitized by Google